IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GUADALUPE PADILLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-99-RP |
| | § | |
| MARGARET MOORE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On October 24, 2018, the Court dismissed Plaintiff's claims with prejudice under 28 U.S.C. §

1915(e)(2)(B)(ii) and ordered that the case be closed. (Dkt. 18). Plaintiff then moved to alter or

amend the Court's judgment, (Dkt. 20), which the Court denied. (Dkt. 22).

**IT IS THEREFORE ORDERED** that all claims and causes of action asserted by Plaintiff

in this action are **DISMISSED WITH PREJUDICE.** All relief not expressly granted is hereby

**DENIED.**

**SIGNED** on November 15, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE